UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on February 14, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-CR-11 (RJL) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 231(a)(3) and 2 |
| ZACHARY JOHNSON, | : | (Civil Disorder) |
| DION RAJEWSKI, | : | 18 U.S.C. §§ 111(a)(1) and (b) and 2 |
| ALAN FISCHER III, | : | (Assaulting, Resisting, or Impeding |
|    also known as "AJ," | : | Certain Officers Using a Dangerous |
| BRIAN BOELE, and | : | Weapon) |
| JAMES BRETT IV, | : | 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) and 2 |
| | : | (Entering and Remaining in a Restricted |
| Defendants. | : | Building or Grounds with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. §§ 1752(a)(2) and (b)(1)A) and 2 |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(1) and 2 |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) and 2 |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) and 2 |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon) |
| | : | 40 U.S.C. § 5104(e)(2)(D) and 2 |
| | : | (Disorderly Conduct in the Capitol |
| | : | Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |

# **I N D I C T M E N T**

The Grand Jury charges that:

## **COUNT ONE**

On or about January 6, 2021, at or around 3:15 p.m. to 4:15 p.m., within the District of Columbia, **ZACHARY JOHNSON, DION RAJEWSKI**, **ALAN FISCHER III,** also known as "AJ," **BRIAN BOELE,** and **JAMES BRETT IV** committed and attempted to commit an act to obstruct, impede, and interfere with law enforcement officers guarding the Lower West Terrace of the U.S. Capitol who were lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Sections 231(a)(3) and 2)

## **COUNT TWO**

On or about January 6, 2021, within the District of Columbia, **ZACHARY JOHNSON**, using a deadly and dangerous weapon, that is, a lachrymal agent, to wit OC/pepper spray, did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involved physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b) and 2)

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **ALAN FISCHER III,** also known as "AJ," using a deadly and dangerous weapon, that is, chairs, a traffic cone, and a pipe-like object, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involved physical contact with the victim and the intent to commit another felony.

> (**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b) and 2)

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **ZACHARY JOHNSON** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a sledgehammer and a lachrymal agent, to wit OC/pepper spray.

> (**Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(1) and (b)(1)(A) and 2)

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **DION RAJEWSKI** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off,

and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, a lachrymal agent, to wit OC/pepper spray.

> (**Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A) and 2)

## COUNT SIX

On or about January 6, 2021, within the District of Columbia, **ALAN FISCHER III**, also known as "AJ," did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is chairs, a traffic cone, and a pipe-like object.

> (**Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A))

## COUNT SEVEN

On or about January 6, 2021, in the District of Columbia, **BRIAN BOELE** and **JAMES BRETT IV** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

> (**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1) and 2)

**COUNT EIGHT**

On or about January 6, 2021, in the District of Columbia, **ZACHARY JOHNSON** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is a sledgehammer and a lachrymal agent, to wit OC/pepper spray.

> (**Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(2) and (b)(1)(A) and 2)

**COUNT NINE**

On or about January 6, 2021, in the District of Columbia, **ALAN FISCHER III**, also known as "AJ," did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense,

did use and carry a deadly and dangerous weapon, that is chairs, a traffic cone, and a pipe-like object.

>(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A))

## COUNT TEN

On or about January 6, 2021, in the District of Columbia, **DION RAJEWSKI** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is a lachrymal agent, to wit OC/pepper spray.

>(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Sections 1752(a)(2) and (b)(1)(A) and 2)

## COUNT ELEVEN

On or about January 6, 2021, in the District of Columbia, **BRIAN BOELE** and **JAMES BRETT IV,** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President

6

was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

>(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2) and 2)

## COUNT TWELVE

On or about January 6, 2021, in the District of Columbia, **ZACHARY JOHNSON** and **DION RAJEWSKI** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is a lachrymal agent, to wit OC/pepper spray.

>(**Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A) and 2)

## COUNT THIRTEEN

On or about January 6, 2021, in the District of Columbia, **ALAN FISCHER III**, also known as "AJ," did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is chairs, a traffic cone, and a pipe-like object.

>(**Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

**COUNT FOURTEEN**

On or about January 6, 2021, in the District of Columbia, **ZACHARY JOHNSON, DION RAJEWSKI**, **ALAN FISCHER III**, also known as "AJ," **BRIAN BOELE,** and **JAMES BRETT IV** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before, or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(D) and 2)

**COUNT FIFTEEN**

On or about January 6, 2021, in the District of Columbia, **ALAN FISCHER III**, also known as "AJ," willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

(**Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F) and 2)

**COUNT SIXTEEN**

On or about January 6, 2021, at or around 5:10 p.m. to 5:25 p.m., within the District of Columbia, **ALAN FISCHER III,** also known as "AJ," committed and attempted to commit an act to obstruct, impede, and interfere with law enforcement officers guarding the West Plaza of the U.S. Capitol who were lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

8

**(Civil Disorder**, in violation of Title 18, United States Code, Sections 231(a)(3) and 2)

A TRUE BILL:


FOREPERSON.

*Matthew M Graves/by*
*JRB*

Attorney of the United States in
and for the District of Columbia.