Case 1:22-cr-00011-RJL   Document 57   Filed 05/25/22

Case: 1:22-cr-00011
Assigned to: Judge Leon, Richard J.
Assign Date: 5/25/2022
Description: SUPERSEDING INDICTMENT (B)
Related Case No: 22- cr-00011 (RJL)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 22-CR-11 (RJL) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 231(a)(3) and 2 |
| ZACHARY JOHNSON, | : | (Civil Disorder) |
| DION RAJEWSKI, | : | 18 U.S.C. §§ 111(a)(1) and (b) and 2 |
| ALAN FISCHER III, | : | (Assaulting, Resisting, or Impeding |
|    also known as "AJ," | : | Certain Officers Using a Dangerous |
| BRIAN BOELE, and | : | Weapon) |
| JAMES BRETT IV, | : | 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) and 2 |
| | : | (Entering and Remaining in a Restricted |
| Defendants. | : | Building or Grounds with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. §§ 1752(a)(2) and (b)(1)A and 2 |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(1) and 2 |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) and 2 |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) and 2 |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon) |
| | : | 40 U.S.C. § 5104(e)(2)(D) and 2 |
| | : | (Disorderly Conduct in the Capitol |
| | : | Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal indictment, the Court finds that, because of such reasonable grounds to believe the

disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the indictment and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:  May 25, 2022

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE