AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>JAMES BRETT IV<br><br>*Defendant* | Case: 1:22-cr-00011<br>Assigned to: Judge Leon, Richard J.<br>Assign Date: 5/25/2022<br>Description: SUPERSEDING INDICTMENT (B)<br>Related Case No: 22- cr-00011 (RJL) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAMES BRETT IV                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) and 2(Civil Disorder);  18 U.S.C. § 1752(a)(1)  and 2 (Entering and Remaining in a Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2) and 2 (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. §5104(e)(2)(D) and 2 (Disorderly and Disruptive Conduct in the Capital Grounds or Buildings).

2022.05.25
17:30:49 -04'00'

Date:    05/25/2022

*Issuing officer's signature*

City and state:    Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/27/2022 , and the person was arrested on *(date)* 06/03/2022 at *(city and state)* Clearwater, Florida. |
| Date: 06/03/2022                                  *Arresting officer's signature*<br><br>Shawn M. Walsh<br>*Printed name and title* |