UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) No. 1:22CR11 |
| | ) |
| **JAMES BRETT,** | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF APPEARANCE**

The above captioned case has been assigned to Elizabeth Mullin, Assistant Federal Public Defender. Please send all notices and inquiries to the address listed below.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____

Elizabeth Mullin
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Elizabeth_Mullin@fd.org