UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            **Plaintiff,**<br>     v.<br><br>**JAMES BRETT**<br><br>            **Defendant.** | **Case No. 22CR11** |

### ORDER

Upon consideration of the defendant's consent Motion to Modify Conditions of Release and for good cause shown, it is hereby

    ORDERED that the Motion is GRANTED; it is further

    ORDERED that the defendant is no longer required to be subject to GPS monitoring; it is further

    ORDERED that the defendant is restricted to his residence between 10 p.m. and 6 a.m.; it is further

    ORDERED that all other conditions of the Order Setting Conditions of Release remain in full force and effect.

 

_____
Richard J. Leon
District Judge