# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:22-cr-11-RJL |
| **JAMES BRETT, IV** | |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

As the defendant correctly states in his pending motion to modify his conditions of release to replace GPS monitoring with a curfew, ECF 81, the United States has no objection to his request. The government respectfully recommends that the defendant's curfew run from 10 p.m. to 6 a.m.

                                          MATTHEW M. GRAVES
                                          UNITED STATES ATTORNEY
                                          D.C. Bar No. 481 052

By:    */s/ Michael M. Gordon*
           MICHAEL M. GORDON
           Assistant United States Attorney
           Florida State Bar No. 1026025
           400 N. Tampa St., Suite 3200
           Tampa, Florida 33602
           michael.gordon3@usdoj.gov
           Telephone: 813-274-6370