# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  v.

**JAMES BRETT**

        **Defendant.**

Case No. 22CR11

## ORDER

Upon consideration of defendant's consent Motion for Permission to Go Camping and for Permission for Local Travel and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the defendant is permitted to attend a camping trip October 13-16, 2022, provided he provide his Probation Officer with his itinerary prior to departure; it is further

ORDERED that during the camping trip, curfew is temporarily suspended; it is further

ORDERED that going forward, the defendant may travel within the continental United States provided he follow any and all requirements as directed by Pre-Trial Services.

_____
Richard J. Leon
District Judge