UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:22-cr-11-RJL |
| JAMES BRETT, IV | |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

As the defendant correctly states in his pending motion for (1) permission to go on a camping trip from October 13-15, and (2) allow future short-term travel within the Middle District of Florida with the pre-approval of Pre-Trial Service, ECF 83, the United States has no objection to his requests.

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481 052

By:    */s/ Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney
Florida State Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
michael.gordon3@usdoj.gov
Telephone: 813-274-6370