## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

                            **Plaintiff,**

      v.

**JAMES BRETT**

                            **Defendant.**

**Case No. 22CR11**

## ORDER

Upon consideration of the defendant's consent Motion to Modify Conditions of Release and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED and that the Pre-Trial Services Agency (PSA) is permitted to modify the defendant's curfew only during travel approved by PSA; it is further

ORDERED that all other conditions of release remain in full force and effect.

_____
Richard J. Leon
District Judge