UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:22-cr-11-RJL |
| JAMES BRETT IV | |

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

As the defendant correctly states in his pending motion to modify his conditions of release, ECF 93, the United States has no objection to the Court issuing an Order allowing Pre-Trial Services to modify the defendant's curfew as appropriate when the defendant is traveling on a tip that has been pre-approved by Pre-Trial Services, so long as the defendant provides any documentation or other information that Pre-Trial Services requests and follows whatever procedures they require.

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481 052

By:   */s/ Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney
Florida State Bar No. 1026025
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
michael.gordon3@usdoj.gov
Telephone: 813-274-6370