# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 22-CR-11 (RJL) |
| | : | |
| **JAMES BRETT, IV,** | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' MOTION TO CONTINUE STATUS CONFERENCE

In response to the Pretrial Violation Report filed by the U.S. Office of Probation, *see* ECF No. 97, the Court has scheduled a status conference for January 19, 2023. The United States of America hereby moves this Court for a two-week continuance of the status conference.

In support of its motion, the government states that both government counsel are currently engaged in separate trials with other judges and unavailable to appear. AUSA Nadia Moore is conducting *United States v. Ethan Nordean, et al.*, 1:21-cr-175 (TJK), and AUSA Mike Gordon is conducting *United States v. Richard Barnett*, 1:21-cr-38 (CRC). The *Nordean* trial is expected to last several more weeks; meanwhile, when the *Barnett* trial concludes, AUSA Gordon will immediately begin trial in *United States v. Kirstyn Niemela*, 1:21-cr-623 (CRC). Accordingly, government counsel will not be available until January 30, 2023, or any date after.

The United States does not know the defendant's position on this motion. After normal business hours, government counsel contacted defense counsel to ascertain the defendant's position but did not receive a response before midnight.

WHEREFORE, the government respectfully requests that this Court grant the motion for a two-week continuance of the status conference.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Michael M. Gordon*
Michael M. Gordon
Assistant United States Attorney, Detailee
601 D Street, N.W.
Washington, D.C. 20530
Telephone No. 813-274-6370
michael.gordon3@usdoj.gov