IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                                                Case No.:  1:22-cr-00011-RJL-5

JAMES BRETT.

## MOTION FOR ADMISSION PRO HOC VICE

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant JAMES BRETT moves for the admission and appearance of attorney Maria Rodriguez *pro hac vice* in the above-captioned case. This motion is supported by the Declaration of Ms. Rodriguez, filed herewith. As set forth in Ms. Rodriguez's declaration, she is admitted and an active member in good standing in the following courts and bars for more than ten (10) years:

1. The State of Florida; and

2. United States District Court for the Middle District of Florida.

This Motion is supported and signed by Robert L. Jenkins, Jr., an active and sponsoring member of the Bar of this Court.

Respectfully submitted,
BYNUM & JENKINS LAW

By: /s/*Robert L. Jenkins, Jr.*
Robert L. Jenkins, Jr., Esquire
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, VA 22314
(703)309-0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com

Counsel for Defendant JAMES BRETT