IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JAMES BRETT.

_____/

Case No.: 1:22-cr-00011-RJL-5

## DECLARATION OF MARIA RODRIGUEZ, ESQUIRE

I, MARIA RODRIGUEZ, hereby declare:

1. My name, office address, and telephone number are as follows:

> Maria T. Rodriguez, Esq.
> P.O. Box 2176
> Tarpon Springs, FL 34688
> (727) 238 2342

2. I have been admitted to the following courts and bars for over ten (10) years: State of Florida, and the United States District Court for the Middle District of Florida.

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have not had any disciplinary actions in any jurisdiction in over 10 years. I have had no disciplinary action ever in the Middle District Court, Florida.

4. I have been previously admitted *pro hac vice* in this Court, in the last two (2) years, or otherwise.

5. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

_____
MARIA T. RODRIGUEZ, ESQUIRE