IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.                                        Case No.:  1:22-cr-00011-RJL-5

JAMES BRETT.

## **ORDER**

This matter came on the request of Robert L. Jenkins, Jr., Esq. pursuant to Criminal Local Rule 44.1 (c) & (d), for the admission and appearance of attorney Maria Rodriguez *pro hac vice* in the above-captioned case. For good cause the motion is hereby granted.

Entered: _____  _____
                                         U.S. District Court Judge