MARIA T. RODRIGUEZ
ATTORNEY AT LAW
P.O. BOX 2176
TARPON SPRINGS, FL 34688
TEL:   (727) 238-2342
EMAIL:  attorneymariar@aol.com

## DISCIPLINARY CERTIFICATION

I, Maria T. Rodriguez (Florida Bar Number 0168180), certify that the following is a complete history of any and all discipline by The Florida Bar.  No disciplinary matters exist in any federal court including the Middle and Southern Districts of Florida

    2005-11,382 30 Day Suspension with Probation November 2, 2006
    2006-11,151 Probation October 11, 2007
    2010-90,181 Suspension December 29, 2010

    The circumstances surrounding the first and second discipline was that a disbarred attorney had complained to the Florida Bar about my not having deposited a nominal cost deposit into an iota account along with a hearing not timely set due to a hurricane evacuation on a motion for reconsideration of sentence.  I represented the disbarred attorney only on a motion for post-conviction relief.

    Concerning the circumstances surrounding the last discipline, I was required to take an ethics exam, however, a medical condition contributed to that suspension as I had re-injured my coccyx attempting to save a life in 2009 which resulted in a death.   After that time I could not remain seated for any period of time over 10 minutes, and remaining focused for an ethics exam while seated was very difficult.  All my clients at that time executed consents for me to remain as their counsel and address their cases again once the suspension was over.   I was automatically reinstated.

    In my 24 years of practicing law, primarily criminal defense, including trials, at no time, in any circuit or county court, have I been found to have rendered ineffective assistance of counsel to a client.  At no time during the last 24 years has a client brought suit in civil court against me for malpractice.

Dated this 29th day of March, 2023

*/s/ Maria T. Rodriguez*
Maria T. Rodriguez, Esq.
P.O. Box 2176
Tarpon Springs, FL 34688
(727) 238-2342
Email:  attorneymariar@aol.com
Fla. Bar No.:  0168180