UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-00011-(RJL) |
| | : | |
| **JAMES BRETT,** | : | |
| Defendant. | : | |

### UNITED STATES' RESPONSE TO DEFENSE'S MOTION TO LIFT DRUG TESTING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, does not oppose Defendant's motion to lift drug testing filed on May 23, 2023. *See* ECF No. 113.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Rebekah E. Lederer*
REBEKAH E. LEDERER
Assistant United States Attorney
Bar No. PA 320922
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-7012
Rebekah.Lederer@usdoj.gov

*/s/ Michael M. Gordon*
MICHAEL M. GORDON
Assistant United States Attorney
Florida Bar No. 1026025
400 N. Tampa St., Suite 3200
(813) 274-6370
michael.gordon3@usdoj.gov

## CERTIFICATE OF SERVICE

On this 30th day of May 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ REBEKAH LEDERER