# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | :   Case No. 1:22-cr-11 (RJL) |
| JAMES BRETT IV, | : |
| | : |
| Defendant. | : |

## JOINT MOTION FOR BENCH TRIAL WITH STIPULATED FACTS

The United States of America and defendant James Brett IV, by and through his counsel (collectively, "the parties"), have agreed to conduct a bench trial with stipulated facts in lieu of a traditional jury or bench trial. The parties respectfully jointly request that the Court schedule such a bench trial with stipulated facts to resolve this matter.

Previously the parties informed the Court that they expected to resolve this case via plea agreement. Since that time, however, the defendant opted against a guilty plea and instead requested a bench trial with stipulated facts and no argument. The United States, the defendant, and his attorney signed a joint statement of elements and facts to be used in the proposed bench trial. The stipulations include an agreement that, if the Court accepts the stipulated facts, they are sufficient to establish defendant's guilt on all counts. The defendant also signed a waiver of his jury trial rights. The joint statement of elements and facts and the waiver are provided to the Court with this Motion.

The parties respectfully request that the Court schedule a bench trial with stipulated facts to occur on any date that is convenient for the Court.

                Respectfully submitted,

                MATTHEW GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

*For James Brett IV*

*/s/ Maria T. Rodriguez*  
MARIA T. RODRIGUEZ  
P.O. Box 2176  
Tarpon Springs, Florida 34688-2176  
(727) 238-2342  
attorneymaria@aol.com

*/s/ Michael M. Gordon*  
MICHAEL M. GORDON  
Assistant United States Attorney, Detailee  
Florida Bar No. 1026025  
400 N. Tampa St., Suite 3200  
Tampa, Florida 33602  
(813) 274-6370  
michael.gordon3@usdoj.gov

*/s/ Rebekah E. Lederer*  
REBEKAH E. LEDERER  
Assistant United States Attorney  
Pennsylvania State Bar No. 320922  
601 D St., NW  
Washington, D.C. 20530  
(202) 252-7012  
rebekah.lederer@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-cr-11 (RJL) |
| | : | |
| **JAMES BRETT IV,** | : | |
| | : | |
| **Defendant.** | : | |

### PROPOSED ORDER

Having considered the joint motion for a bench trial with stipulated facts;

It is hereby ORDERED that the motion be, and hereby is, GRANTED.

The parties shall appear before the Court on August 31, 2023, at 1:00 p.m., for a bench trial with stipulated facts.

IT IS SO ORDERED.

_____
The Hon. Richard J. Leon
United States District Judge