IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.  Case No.: 1:22-cr-00011-RJL-5

JAMES BRETT.
_____/

## MOTION TO WITHDRAW

COUNSEL for Defendant James Brett moves this Honorable Court to withdraw as counsel of record for Defendant James Brett, and moves this Court to allow Maria T. Rodriguez, Esq. to withdraw from the case and be relieved from any further representation of Defendant pursuant the District of Columbia Rules of Professional Conduct, and as sufficient grounds states the following:

1. On December 18th, 2023 counsel was discharged and must withdraw pursuant to Rule 1.16(a)(3) of the District of Columbia Rules of Professional Conduct.
2. Defendant has retained new counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Withdraw has been furnished via Electronic Filing to Rebekah Lederer, AUSA, Office of the U.S. Attorney, District of Columbia, and all other parties on the service list on this 18th day of December, 2023.

*/S/ Maria T. Rodriguez*

Maria T. Rodriguez, Attorney at Law
P.O. Box 2176
Tarpon Springs, FL 34688
Tel:  (727) 238-2342
attorneymariar@aol.com
FBN.:  168180 / US FL MD; US FL SD; US DC