UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:22-cr-11 (RJL) |
| | : | |
| **JAMES BRETT,** | : | |
| Defendant. | : | |

### JOINT MOTION TO SCHEDULE A VIRTUAL STATUS HEARING

The United States of America and Defendant James Brett, by and through his counsel, (collectively, "the parties"), respectfully and jointly request that the Court schedule a virtual status hearing for the Defendant and new counsel.

The Court previously ordered all parties to contact the Court for a stipulated trial date. In the interim, Mr. Brett has retained new counsel.

Accordingly, the parties jointly and respectfully request that the Court schedule a status the first or second week of January 2024. The parties also request the status hearing be held virtually. Under the Speedy Trial Act, 18 USC 3161, the parties jointly request that the Court should exclude the time until the status hearing. An ends-of-justice exclusion under 18 U.S.C. 3161(h)(7)(A) is appropriate for reasons including the defendant's recent retention of new counsel, who requires time for effective preparation. 18 U.S.C. 3161(h)(7)(B)(iv).

Respectfully submitted,

*For James Brett*

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

| | |
|---|---|
| */s/ Jonathan Gross* | */s/ Rebekah Lederer* |
| JONATHAN GROSS | REBEKAH LEDERER |
| 2833 Smith Ave. | Assistant United States Attorney |
| Suite 331 | Pennsylvania Bar No. 320922 |
| Baltimore, Maryland 21209 | 601 D St., NW |
| 443-813-0141 | Washington, D.C. 20001 |
| jonathansgross@gmail.com | 202-252-7012 |
| | Rebekah.Lederer@usdoj.gov |