UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:22-cr-11 (RJL) |
| | : | |
| **JAMES BRETT,** | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America and Defendant James Brett, by and through his counsel, (collectively, "the parties"), respectfully and jointly submit this status report at the Court's request.

On December 19, 2023, new counsel entered his appearance for Defendant Brett. Shortly after, the parties met and conferred, at which time, counsel for Brett indicated there would no longer be a stipulated trial. The parties requested a status to apprise the Court of that update.

On January 5, 2024, the Government extended a plea offer that expires on February 8, 2024. Defense is taking this time to review discovery and consider the plea offer.

Accordingly, the parties jointly and respectfully request that the Court set a virtual status conference with Brett co-defendants, who are scheduled for a status on February 9, 2024, at 4:00 p.m. The parties will continue to confer and iron out discovery issues so that, in the event that plea negotiations are not successful, both parties will be prepared to set a trial date and motions schedule on February 9, 2024.

Under the Speedy Trial Act, 18 USC 3161, the parties jointly request that the Court should exclude the time until the status hearing. An ends-of-justice exclusion under 18 U.S.C. 3161(h)(7)(A) is

appropriate for reasons including the defendant's recent retention of new counsel, who requires time for effective preparation. 18 U.S.C. 3161(h)(7)(B)(iv).

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*For James Brett*

*/s/ Jonathan Gross*
JONATHAN GROSS
2833 Smith Ave.
Suite 331
Baltimore, Maryland 21209
443-813-0141
jonathansgross@gmail.com

*/s/ Rebekah Lederer*
REBEKAH LEDERER
Assistant United States Attorney
Pennsylvania Bar No. 320922
601 D St., NW
Washington, D.C. 20001
202-252-7012
Rebekah.Lederer@usdoj.gov