IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 22-CR-11 (RJL) |
| v. | |
| JAMES BRETT IV, | |
| Defendant. | |

## STATEMENT OF OFFENSE FOR DEFENDANT'S PLEA TO MISDEMEANORS

Pursuant to Fed. R. Crim. P. 11, the United States of America, JAMES BRETT IV, the Defendant, with the concurrence of his attorney, agree and stipulate to the below factual basis for Mr. Brett's guilty plea to Count VII, 18: U.S.C § 1752(a)(1); Count XI, 18 U.S.C. § 1752(a)(2); and Count XIV, 40 U.S.C. § 5104(e)(2)(D).

1. I, JAMES BRETT IV, live in Florida. On January 5, 2021, I traveled from Florida to Washington, D.C., to protest Congress' certification of the Electoral College vote establishing Joseph R. Biden as president-elect.

2. On January 6, 2021, I walked with a group to the U.S. Capitol. I walked past barriers into the restricted grounds of the Capitol Building, which was also where Vice President Mike Pence was temporarily visiting that day, without lawful authority.

3. While on the restricted grounds, I engaged in disorderly conducted, namely, I joined a large and raucous crowd on the West Plaza that later ascended a staircase to the Lower West Terrace towards a doorway that later became known as the "Tunnel," with the intent of entering the Capitol building and disrupting the orderly conduct of the session of Congress that

JS
RL
JG
JB
11·18·24

1

had started earlier that day.

4.   I did so knowing that I was entering into a restricted area, and my actions were willful.

I, JAMES BRETT IV knowingly and voluntarily admit to all the elements of 18: U.S.C § 1752(a)(1); 18 U.S.C. § 1752(a)(2); and 40 U.S.C. § 5104(e)(2)(D).

Respectfully submitted,

*James Brett*

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and reviewed it with my client fully. I concur in my client's desire to submit this Statement of Offense

Date: 11/14/24

_____
Jonathan Gross
Attorney for Defendan