UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No.: 22-cr-11 (RJL) |
| v. | : |
| | : |
| JAMES BRETT IV, | : |
| | : |
| Defendant. | : |

## STIPULATION OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, James Brett IV, with the concurrence of his attorney, agree and stipulate to the following:

### Stipulation No. 1: The United States Capitol Building and Grounds

By law, the U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol. At the U.S. Capitol, the building itself has 540 rooms covering 175,170 square feet of ground, roughly four acres. The building is 751 feet long (roughly 228 meters) from north to south and 350 feet wide (106 meters) at its widest point. The U.S. Capitol Visitor Center is 580,000 square feet and is located underground on the east side of the Capitol. On the west side of the Capitol building is the West Front, which includes variety of open concrete spaces, a fountain surrounded by a walkway, two broad staircases, and multiple terraces at each floor. On January 6, 2021, the inaugural stage scaffolding was on the West Front of the Capitol building. On the East Front are three staircases,

porticos on both the House and Senate side, and two large skylights into the Visitor's Center surrounded by a concrete parkway.

On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public. *See* Government Exhibit 102. These security barriers included bike racks that were positioned to the north of the U.S. Capitol along Constitution Avenue; to the south of the U.S. Capitol along Independence Avenue; to the west of the U.S. Capitol along First Street on the eastern side of that street; and, on the east side of the U.S. Capitol, between the Capitol Plaza (East Front) and the grassy areas located between the Plaza and First Street.

**Stipulation No. 2: The Certification of the Electoral College Vote**

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election. The Presidential Election had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate

chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later, the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representatives evacuated the House chamber. The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

### Stipulation No. 3: United States Capitol Police Closed Circuit Video Monitoring

The United States Capitol Police operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021, is footage from January 6, 2021. The events depicted in Government Exhibits 301 through 307, including all subparts, are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021; the timestamps on the recordings are accurate; and the video footage was not altered or edited in any way other than to circle the defendant in yellow and highlight his actions. The video footage is authentic in that it is what it purports to be. The video and/or other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

### Stipulation No. 4: Metropolitan Police Body-Worn Camera

The body-worn camera videos in Government Exhibits 501 through 514 and in Defense

Exhibits D-03 – D-10 including all subparts, are created and maintained by the Metropolitan Police Department. They are accurate and were created using reliable methods. The video was not altered or edited in any way. The video footage is authentic in that it is what it purports to be. The recording software timestamps each recording with the date and time at which the footage is captured. The timestamps are accurate. The video and/or any other copies are "admissible into evidence to the same extent as the original," within the meaning of Federal Rule of Evidence 1003.

### Stipulation No. 5: Open-Source Video

The events depicted in the video footage for Government Exhibits 401 through 463, including all subparts, are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021. The video footage was not altered or edited in any way other than to circle the defendant and his former co-defendants. The video is authentic in that it is what it purports to be within the meaning of Federal Rule of Evidence 901.

### Stipulation No. 10: Identity of the Defendant

On January 6, 2021, Defendant James Brett IV was wearing grey-hooded sweatshirt with the text "WASHINGTON STATE,' dark jeans, dark shoes, a black winter hat, and a neck gaiter.



The photographs below are fair and accurate depictions of James Brett IV, circled in yellow, on January 6, 2021.





| FOR THE DEFENDANT | FOR THE UNITED STATES |
|---|---|
| JAMES BRETT IV<br>Defendant<br><br>*/s/ Jonathan Gross*<br>Jonathan Gross, Esq.<br>2833 Smith Ave., Suite 331<br>Baltimore, MD 21209<br>(443) 813-0141<br>jonathansgross@gmail.com | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052<br><br>*/s/ Rebekah E. Lederer*<br>Rebekah E. Lederer<br>Assistant U.S. Attorney<br>Pa. Bar No. 320911<br>U.S. Attorney's Office for the<br>District of Columbia<br>601 D Street, N.W.<br>Washington, DC 20530<br>Phone: (202) 252-7012<br>Email: Rebekah.Lederer@usdoj.gov<br><br>Jake E. Struebing<br>Assistant U.S. Attorney<br>D.C. Bar No. 1673292<br>U.S. Attorney's Office for the |

District of Columbia
601 D Street, N.W.
Washington, DC 20530
Phone: (202) 252-6931
Email: Jake.Struebing@usdoj.gov